UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRUCE R. TRAVIS,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil Action No. 05-1867 (RCL)** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Local Civil Rule 5.1(e)(1) requires that a plaintiff include its residence address in the caption of the complaint. The residence address for plaintiffs in this matter was not provided in the caption of their Complaint [1]. It is hereby

ORDERED that Plaintiffs shall, within ten (10) days of this date, file an Amended Complaint that complies with the Local Rule.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 27, 2005.