Bruce R Travis,
Elise S Travis,
PO Box 311
Kihei, Hawaii 96753

UNITED STATES DISTRICT COURT

| | |
|---|---|
| Bruce R Travis,<br>Elise S Travis, | )<br>) Case No. 1:05-CV-01867 RCL<br>) |
| Plaintiff(s), | ) OBJECTION TO CONVERSION<br>) |
| v. | )<br>) |
| United States | ) |
| Defendant. | ) |

Plaintiff(s), Bruce R Travis, Elise S Travis, **OBJECT(S)** to the conversion of the above entitled matter to the United States District Court for the District of Columbia. Such conversion is a violation of Title 26 U.S.C. §7433. Section 7433 specifically commands that the instant matter be filed in the district court of the United States. in Washington District of Columbia This Court is charged with full compliance with the law. This court has no statutory authority to hear this matter. Plaintiff expects that this Court will be in full compliance with the law as stated by the United States Congress.

The clerk of the court accepted the filing of the plaintiff(s) complaint in the district court of the United States. Plaintiff(s) expects that the matter will remain with the district court of the United States. Therefore plaintiff(s) demand(s) that the United States District Court for the District of Columbia remand the matter back to the district court of the United States which has statutory authority to hear the matter.

Dated OCTOBER 4, 2005

_Bruce R. Travis_
Bruce R Travis