Bruce R Travis
Elise S Travis,
PO Box 311
Kihei, Hawaii 96753

## UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Bruce R Travis<br>Elise S Travis, | ) <br>) | 01867<br>Case No. 1:05-CV-~~1867~~ |
| Plaintiff(s), | )<br>) | ORDER |
| v. | )<br>) | |
| United States<br>Defendant. | )<br>)<br>) | |

It is hereby ordered that the above entitled matter is remanded to the district court of the United States in Washington District of Columbia.

Dated _____, 2005

_____ Judge