IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS and ELISE S. TRAVIS )<br>)<br>Plaintiffs, )<br>)<br>v.                                     )     Civil No. 05-1867 (RCL)<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | |

UNITED STATES' MOTION TO DISMISS

Under Fed. R. Civ. P. 12(b)(1), (3) and (6), the United States respectfully requests that the Court dismiss this action. As grounds for this motion, the United States asserts that this Court lacks subject-matter jurisdiction, venue in this Court is improper, and the Anti-Injunction Act bars the injunctive relief plaintiffs seek.

Specifically, plaintiffs failed to allege that they have paid the federal taxes due and filed a claim for refund. Both are required before the United States' sovereign immunity is waived. 26 U.S.C. § 7422; <u>Flora v. United States</u>, 362 U.S. 145, 177 (1960). Since plaintiffs' have not so alleged, this Court lacks subject-matter jurisdiction. Moreover, plaintiffs are residents of Hawaii (First Am. Compl. ¶ 1) and request the refund of a federal tax they allege to have been illegally or erroneously collected. (First Am. Compl. ¶¶ 1, 33.) Under 28 U.S.C. § 1402(a), venue is proper only in the judicial

district in which the plaintiff resides.  Inasmuch as plaintiffs are residents of Hawaii, venue in this Court is lacking.  In addition, plaintiffs seek to enjoin the Internal Revenue Service from engaging in any further collection activity.  (First Am. Compl. ¶ 34.)  Under 26 U.S.C. § 7421(a), no suit may be maintained restraining the assessment and collection taxes.  Thus, this Court may not grant injunctive relief.

    A supporting memorandum of law and proposed order are filed with this motion.[1]

DATED:   December 22, 2005.

Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS #446244
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney
555 4th Street, NW
Washington, DC 20001
Telephone: (202) 514-7566

---

[1] Also attached is a Notice of Related Cases, listing 14 cases which, save for the identity of the plaintiffs, are identical, or nearly identical, to plaintiffs' First Amended Complaint.

CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the United States' Motion to Dismiss and Notice of Related Cases was made on December 22, 2005, by mailing, postage prepaid, addressed to:

>Bruce R. Travis
>Elise S. Travis
>214 Heleuma Place
>Wailea Maui, Hawaii 96753

>/s/ Pat S. Genis
>PAT S. GENIS   #446244