IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE R. TRAVIS and | ) | |
| ELISE S. TRAVIS | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 05-1867 (RCL) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are identical to that filed in this matter:

1. Grant Holyoak v. United States, Civil No. 1:05-1829 (HHK)

2. Brent & Rhonda Gross v. United States, Civil No. 1:05-1818 (JR)

3. Lee F. Garvin v. United States, Civil No. 1:05-1775 (RBW)

4. Sandra Shoemaker v. United States, Civil No. 1:05-1736 (RWR)

5. Matthew Brandt v. United States, Civil No. 1:05-1613 (ESH)

6. Lawrence & Debra Schafrath v. United States, Civil No. 1:05-1656 (GK)

7. Lavern Koerner v. United States, Civil No. 1:05-1600 (ESH)

8. Charles Radcliffe v. United States, Civil No. 1:05-1624 (ES)

9. Wallace Lohmann v. United States, Civil No. 1:05-1976 (HHK)

476.1

    10.    Bruce & Elise Travis v. United States, Civil No. 1:05-1867 (RCL)

    11.    Daniel & Donna Turner v. United States, Civil No. 1:05-1716 (JDB)

    13.    Carol Cooper v. United States, Civil No. 1:05-1192 (RBW)

    14.    Wallace Lohmann v. United States, Civil No. 1:05-1976 (HHK)

Indeed, not only are the complaints identical, but some subsequent filings have been identical as well.

DATED:    December 22, 2005.

    Respectfully submitted,

    /s/ Pat S. Genis
    PAT S. GENIS #446244
    Trial Attorney, Tax Division
    United States Department of Justice
    Post Office Box 227
    Washington, DC 20044
    Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

476.1

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Related Cases was made on December 22, 2005, by mailing, postage prepaid, addressed to:

>Bruce R. Travis
>Elise S. Travis
>214 Heleuma Place
>Wailea Maui, Hawaii 96753

>>/s/ Pat S. Genis
>>PAT S. GENIS   #446244