IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE R. TRAVIS and | ) | |
| ELISE S. TRAVIS | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 05-1867 (RCL) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PAT S. GENIS

I, Pat S. Genis, under  28 U.S.C. § 1746, declare as follows:

1.    I am a trial attorney with the Department of Justice Tax Division.  As part of my duties, I have been assigned responsibility for litigation of the above-captioned case.

2.    As part of my duties, I have received documents kept and generated by the Internal Revenue Service with respect to the above-captioned case.

3.    Attached here are true and correct copies of the following Internal Revenue Service transcripts relating to Bruce R. Travis, as of December 14, 2005, which have been marked as exhibits 1 through 6 follows:

1.    Summary transcript for tax years 1994 through 2004, showing tax assessments for those years and a penalty assessment for 1998.

2.    Transcript for 1996.

3.    Transcript for 1997.

4.    Transcript for 1998.

5.    Transcript for 1999.

6.    Transcript for 2000.

4.    The "MFT" code "30" indicates an income tax assessment.

5.    The "MFT" code "55" indicates a penalty assessment.

7.    The amounts reflected in ex. 1 for years 1996 through 2000 reflect the assessed balance due, plus penalties and interest.

8.    The total assessed balance due reflected on ex. 1 — $545,654.96 — reflects the assessed balance due, not including penalties and interest.

9.    The individual transcripts reflect the assessed balance due, not including penalties and interest.

10.    I have reviewed transcripts related to Elise S. Travis, which reflect that she has no outstanding unpaid assessed tax liabilities.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

DATED:   December 22, 2005.

/s/ Pat Genis
PAT S. GENIS #446244

1474721.1

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:07:16 PM

IMFOLI                              IMF INDEX      NM CTRL:TRAV
                                                            UP-CYC:50
BRUCE R TRAVIS
ENTITY MF ACTIVE:46   FREEZE CODES:      -Z   AUDIT HISTORY: YES VESTIGIAL:   YES
TOTAL ASSESSED BAL:        545,654.96 (*TOTAL OF ACTIVE TAX MODS ASSESSED BALS*)
                    MF                     INTEREST  FREEZE   POSTED       STAT
   MFT TXPD  FSC  ACT  TIF TOTAL MOD BALANCE COMP DTE  CODES  RETURN   ADJ HIS
   30 199412   2   46  NO             .00  20051128        -Z  POSTED   NO  12
   30 199512   2   46  NO             .00  20051128        -Z  POSTED   NO  12
   30 199612   3   46  YES     58,371.95  20051128  GN  -ZAL  SUBST4  YES  21
   30 199712   3   46  YES    103,195.98  20051128  T   -ZAL  SUBST4  YES  24
   30 199812   3   46  YES     81,718.33  20051128  N    -ZL  SUBST4  YES  58
   30 199912   3   46  YES     70,973.82  20051128  GN   -ZL  SUBST4  YES  21
   30 200012   3   46  YES    339,864.65  20051128  T    -ZL  POSTED  YES  24
   30 200112   3   46  YES           .00  20051128       -ZLR SUBST4   NO  00
   30 200212   3   46  YES           .00  20051128        -Z  NONE     NO  04
   30 200312   3   46  YES           .00  20051128        -Z  NONE     NO  00
   30 200412   3   46  YES           .00  20051128        -Z  NONE     NO  00
   55 199612       46  YES        554.97  20051128  T    -Z  NONE     YES  24
 R 30 198612          CTRL-ULC:99    YR-REMOVED:1995
 R 30 198712          CTRL-ULC:99    YR-REMOVED:1994
 R 30 198812          CTRL-ULC:99    YR-REMOVED:1995
 R 30 198912          CTRL-ULC:91    YR-REMOVED:1998
            PAGE 001 OF 002            IMFPG 002
```

GOVERNMENT
EXHIBIT
1
FERGAD-Bayonne, N.J.

Station Name: DLS0149001 Date: 12/14/2005 Time: 12:07:36 PM

TXMODA███████████ MFT>30    TX-PRD>199612    PLN-NUM>        NM-CTRL>TRAV    *CAU*
                                                              BOD-CD>SB CLIENT-CD>M
29210-295-26401-0<DLN                                         ENT-CTRL
                                          MF-XTRCT-CYC>200546 SC-REASON-CD>KK
SC-STS>48    MOD-BAL>        51,997.00 CYC>200525 NXT>505 MAX-NUM-CYC-DLAY>09
MF-STS>21    MOD-BAL>        51,997.00 CYC>200448 TODAYS-DT>12/14/2005
                     LAST-NOTICE>DAS    ARDI-CD>1    PRIMARY-LOC>9932
--------------------------
ASED>06162006 FRZ>GN  -ZAL |          AIMS-CD>1 COLLECTION-ASGMT>32007000
CSED>08112013 INTL>Z-Z     |                    LIEN>4
RSED>10152000              |
--------------------------                      DEFER-ACT-IND>1
CS-CTRL-INFO>ALL CS CTRL CLSD    CLSD-CTRL-CYC>200526 LST-CS-CTRL-ACTY>06292005
--------------------------POSTED RETURN INFORMATION--------------------------
RET-RCVD-DT>10232000    MO-DELQ>5
FS>3    NUM-EXEMPT>01
AGI>    136,337.00
TXI>     85,286.00
--------------------RETURN TRANSACTION--------------------------
     T/C   POSTED   TRANS-AMOUNT        CYC    T    DLN
     150  11202000              0.00  200045  D 29210-295-26401-0    SFR

Employee #6914329339 Page 001 of 006  PAGE   002

GOVERNMENT
EXHIBIT
PENGAD-Bayonne, N.J.
2

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:07:40 PM

TXMODA████████      MFT>30  TX-PRD>199612    PLN-NUM>        NM-CTRL>TRAV    *CAU*
-----------------------------POSTED TRANSACTIONS SECTION-----------------------------
    T/C   POSTED   TRANS-AMOUNT    CYC    T      DLN
    460  04151997          0.00  199720      89217-116-54532-7
                                                                     EXT-DT>08151997
    460  04151997          0.00  199738      95277-243-12502-7
                                                                     EXT-DT>10151997
    140  05191998          0.00  199821      91249-139-00000-8
    971  05131999          0.00  199920      29277-534-67527-9      971-CD>012
    977  05131999          0.00  199920    G 29277-534-67527-9
    474  06161999          0.00  199925      29277-568-08488-9
                                                                     CYC-CNT>20
    570  11202000          0.00  200045      29210-295-26401-0
    424R 11272000          0.00  200049      91277-332-20000-0      SOURCE-CD>24
                                  PBC>000   SBC>00000  EGC>5245 PUSH-CD>021
    595  12182000          0.00  200049      91249-332-20000-0
    420  12072000          0.00  200050      29277-342-00000-0
                                  PBC>212   SBC>00000  EGC>5245
    960  01162003          0.00  200305      64277-423-01238-3      MF-CAF-CD>1
    560  06252003          0.00  200327      29277-176-77500-3      ASED>06162006
    962  07152003          0.00  200330      93277-596-07417-3      MF-CAF-CD>2
    270  08112003      5,736.75  200331      29247-605-10069-3

Employee #6914329339 Page 002 of 006  PAGE   003
```

Station Name: DLS0149001 Date: 12/14/2005 Time: 12:07:43 PM

TXMODA▮▮▮▮▮▮        MFT>30   TX-PRD>199612      PLN-NUM>        NM-CTRL>TRAV     *CAU*

| | | | | | |
|---|---|---|---|---|---|
| 170 | 08112003 | 1,221.00 | 200331 | 29247-605-10069-3 | |
| | | | | | CSED>20130811 |
| 160 | 08112003 | 5,163.00 | 200331 | 29247-605-10069-3 | |
| | | | | | CSED>20130811 |
| 300 | 08112003 | 22,947.00 | 200331 | 29247-605-10069-3 HOLD-CD>1 | |
| | | | | CSED>20130811       PRT-CD>1 | |
| 336 | 08112003 | 16,929.25 | 200331 | 29210-295-26401-0 | |
| 582 | 09052003 | 0.00 | 200338 | 29277-652-02303-3 | |
| | | | REGULAR LIEN | | |
| 961 | 09302003 | 0.00 | 200341 | 83277-673-00982-3 | |
| 971 | 09232003 | 0.00 | 200344 | 28277-694-03297-3 | 971-CD>275 |
| 971 | 11042003 | 0.00 | 200346 | 29277-710-00937-3 | 971-CD>262 |
| 971 | 11152003 | 0.00 | 200348 | 92277-721-00120-3 | 971-CD>611 |
| 914 | 12182003 | 0.00 | 200353 | 29277-756-30035-3 | |
| | | | | AGENT-ID-NUM>93045231 | |
| 290 | 12132004 | 0.00 | 200448 | 89254-724-07099-4 | |
| 971 | 11122003 | 0.00 | 200450 | 89277-724-55227-4 | 971-CD>010 |
| 977 | 11122003 | 0.00 | 200450 | G 89277-724-55227-4 | |
| 914 | 10142005 | 0.00 | 200543 | 29277-691-30105-5 | |
| | | | | AGENT-ID-NUM>93033594 | |

Employee #6914329339 Page 003 of 006  PAGE  004

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:07:47 PM

TXMODA█████████      MFT>30  TX-PRD>199612   PLN-NUM>      NM-CTRL>TRAV    *CAU*
---------------------------------NOTICE HISTORY SECTION------------------------
NOTICE          AMOUNT          CYC   S  AO
CP022          51,997.00       200331 M  32    SUPPRESS-CD>0
DAS            51,997.00       200331 M  32
CP503          52,590.08       200344 I  32    SUPPRESS-CD>2
CP504          52,670.83       200346 I  32    SUPPRESS-CD>2
DAS            51,997.00       200414 M  32
DAS            51,997.00       200449 M  32
DAS            51,997.00       200532 M  32
--------------------CONTROL BASE AND HISTORY INFORMATION----------------------
C#   STATUS   ACT-DT    ACTION-EMP   ACTIVITY     RCVD-DT    ASSIGN-TO   CAT  ORG F  S
01     A     11132003   1038236363   1040        11062003  1038307864  XRET         G
       A     11242003   1038236363   1040        11062003  1038334778  XRET         G
       A     12192003   1038834778   1040        11062003  1038834778  XRET         G
       C     01152004   0139702484   TOCIB       11062003  1038834778  XRET         G
02     A     01082004   0139724181   TELET       12302003  0139702484  TPRQ         G
       C     01162004   0139702484   TOCIB       12302003  0139702484  TPRQ         G
03     C     11172004   1085304733   54-TAX-ADJ  11172004  1085304733  CRIM         I
04     A     12212004   0137128380   85916       12082004  0137540000  TPRQ         G
       C     12272004   0137128380   ERRCTL      12082004  0137540000  TPRQ         G
05     B     03312005   1015528695   W2/ORD      03012005  1015568695  IRTL         G
       C     06292005   1015528695   U/A         03012005  1015568695  IRTL         G
Employee #6914329339 Page 004 of 006  PAGE  005
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:07:51 PM

TXMODA▮▮▮▮▮▮▮▮      MFT>30  TX-PRD>199612    PLN-NUM>        NM-CTRL>TRAV    *CAU*
H            08282003  0137406689  STAUP2009                                  C
H            11042003  0412203083  MAX/FTP                                     G
H            12182003  0485023355  NOCONTACT                                   G
H            11162004  0338722270  RT2CIB                                      G
H            11172004  1085304733  1040XCLAIM                                  G
H            12212004  0137128380  STAUP2215                                   C
H            06212005  0165546292  STAUP2209                                   C
H            10142005  0485157961  NO CONTACT                                  E
-------------------------SERVICE CENTER HISTORY SECTION------------------------
SC-STS   DATE       STATUS-AMOUNT      CYC
  21   08112003        51,997.00    200331
  48   09082003 NXT>501             200335 MIN-NUM-DELAY>09
  56   11102003        51,997.00    200344
  58   11242003        51,997.00    200346
  48   01032005 NXT>505             200451 MIN-NUM-DELAY>09  BALANCE-CYC-DELAY>6
  48   07042005 NXT>505             200525 MIN-NUM-DELAY>09
-------------------------MASTER FILE HISTORY SECTION---------------------------
MF-STS   DATE       STATUS-AMOUNT      CYC
  04   05261997  EXT-DT>19971015   199720
  02   05191998  IND>     NTC-AO>00 199821
  02   06081998  IND>1   NTC-AO>00 199821
  02   06291998  IND>4   NTC-AO>00 199824
Employee #6914329339 Page 005 of 006 PAGE  006
```

Station Name: DLS0149001 Date: 12/14/2005 Time: 12:07:55 PM

TXMODA          ███████     MFT>30   TX-PRD>199612      PLN-NUM>        NM-CTRL>TRAV     *CAU*

| | | | | |
|---|---|---|---|---|
| 03 | 11021998 IND>9 | NTC-AO>00 | 199842 | |
| 06 | 12182000 | 0.00 | 200049 | |
| 21 | 08112003 . | 51,997.00 | 200331 | |
| 56 | 11102003 | 51,997.00 | 200344 | |
| 58 | 11242003 | 51,997.00 | 200346 | |
| 21 | 12132004 | 51,997.00 | 200448 | |

Employee #6914329339 Page 006 of 006  PAGE  001

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:08:09 PM

TXMODA▬▬▬▬▬        MFT>30   TX-PRD>199712    PLN-NUM>        NM-CTRL>TRAV    *CAU*
85254-542-18001-3<DLN                                    BOD-CD>SB CLIENT-CD>M
                                                    ENT-CTRL
                                       MF-XTRCT-CYC>200546 SC-REASON-CD>KK
SC-STS>24  MOD-BAL>          91,223.26  CYC>200527
MF-STS>24  MOD-BAL>          91,223.26  CYC>200527 TODAYS-DT>12/14/2005
             LAST-NOTICE>DAY   ARDI-CD>1   PRIMARY-LOC>9932
---------------------------
ASED>04212006 FRZ>T  -ZAL |          AIMS-CD>1 COLLECTION-ASGMT>32007000
CSED>06162013 INTL>Z-Z    |              LIEN>4   MOD-YLD-SCOR>31287
RSED>08152001             |
---------------------------
CS-CTRL-INFO>ALL CS CTRL CLSD     CLSD-CTRL-CYC>200549 LST-CS-CTRL-ACTY>12052005
-----------------------POSTED RETURN INFORMATION--------------------------
RET-RCVD-DT>10232000    MO-DELQ>5    CRD>04212003
FS>3    NUM-EXEMPT>01
AGI>    180,303.00
TXI>    142,625.00
--------------------------RETURN TRANSACTION------------------------------
     T/C  POSTED   TRANS-AMOUNT            CYC   T     DLN
     150  11202000              0.00    200045  D 29210-295-26402-0   SFR

Employee #6914329339 Page 001 of 005  PAGE   002
```

GOVERNMENT
EXHIBIT

3

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:08:13 PM

TXMOD          ████████ MFT>30  TX-PRD>199712   PLN-NUM>        NM-CTRL>TRAV    *CAU*
-------------------------------POSTED TRANSACTIONS SECTION------------------------------
    T/C   POSTED    TRANS-AMOUNT   CYC    T     DLN
    460  04151998          0.00  199819       89217-115-42009-8
                                                              EXT-DT>08151998

    570  11202000          0.00  200045       29210-295-26402-0
    424R 11272000          0.00  200049       91277-332-20000-0    SOURCE-CD>24
                                 PBC>000    SBC>00000  EGC>5245  PUSH-CD>021
    420  12072000          0.00  200050       29277-342-00000-0
                                 PBC>212    SBC>00000  EGC>5245
    960  01162003          0.00  200305       64277-423-01230-3      MF-CAF-CD>1
    560  05142003          0.00  200321       29277-134-77500-3      ASED>04212006
    290  06092003          0.00  200322       85254-542-18000-3
                                                       PRT-CD>5

          ADJ-RSN-CD>099-     -     -
    170  06162003      2,351.00  200323       29247-542-10034-3
                                                            CSED>20130616
    160  06162003      9,818.00  200323       29247-542-10034-3
                                                            CSED>20130616
    300  06162003     43,635.00  200323       29247-542-10034-3 HOLD-CD>1
                                 CSED>20130616                 PRT-CD>9
    971  04212003          0.00  200323       85277-542-00153-3       971-CD>013
    977  04212003          0.00  200323     G 85277-542-00153-3
Employee #6914329339 Page 002 of 005  PAGE   003
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:08:15 PM

TXMODA█████████      MFT>30   TX-PRD>199712      PLN-NUM>        NM-CTRL>TRAV    *CAU*
    336  06162003      24,510.51   200323        85254-542-18000-3
    276  06162003      10,908.75   200323        85254-542-18000-3
    290  06302003           0.00   200325      X 85254-542-18001-3
                                                     PRT-CD>1
             ADJ-RSN-CD>099-       -        -
    962  07152003           0.00   200330        93277-596-07414-3      MF-CAF-CD>2
    971  08162003           0.00   200335        92277-630-02264-3        971-CD>611
    582  09052003           0.00   200338        29277-652-02300-3
                                     REGULAR LIEN
    961  09302003           0.00   200341        83277-673-00981-3
    971  09232003           0.00   200344        28277-694-03295-3        971-CD>275
    971  07252003           0.00   200351        29277-744-00150-3        971-CD>013
    977  07252003           0.00   200351      G 29277-744-00150-3
    914  12182003           0.00   200353        29277-756-30034-3
                                                        AGENT-ID-NUM>93045231
    914  10142005           0.00   200543        29277-691-30121-5
                                                        AGENT-ID-NUM>93033594
----------------------------NOTICE HISTORY SECTION----------------------------
   NOTICE       AMOUNT          CYC   S  AO
   CP022       91,223.26      200323  M  32      SUPPRESS-CD>0
   DAS         91,223.26      200323  M  32
   CP503       91,661.65      200328  I  32      SUPPRESS-CD>0
Employee #6914329339 Page 003 of 005  PAGE  004
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:08:18 PM

TXMODA█████████      MFT>30   TX-PRD>199712    PLN-NUM>        NM-CTRL>TRAV    *CAU*
  CP504           92,102.15   200333 I  32   SUPPRESS-CD>0
  DAL             93,116.97   200346 I  32
  DAY            100,801.43   200527 I  32
---------------------CONTROL BASE AND HISTORY INFORMATION---------------------
C#  STATUS   ACT-DT    ACTION-EMP   ACTIVITY    RCVD-DT    ASSIGN-TO   CAT  ORG F  S
01   C      05202003  3358222088  54-TAX-ADJ   05202003  3358222088  TPRQ         I
02   M      01132004  0479603684  1040/0123    01132004  0462791852  AUDT         G
     A      02132004  0462760344  ASSIGN       01132004  0469191852  AUDT         G
     A      02212004  0469160753  ASSIGNED     01132004  0469145905  AUDT         G
     A      02232004  0469145905  CIZFRZHOLD   01132004  0469145905  AUDT         G
     A      07092004  0469145905  DONOTWORK    01132004  0469145905  AUDT         G
     C      07092004  0469145905  CASEPERCI    01132004  0469145905  AUDT         G
03   B      03312005  1015528695  W2/ORD       03012005  1015568695  IRTL         G
     C      06292005  1015528695  U/A          03012005  1015568695  IRTL         1
04   A      11022005  0000000000  5304100003   10312005  0436500022  ST04         1
     A      11102005  0436507302  5304100003   10312005  0436525387  ST04         G
     C      12052005  0436504179  CL2CI/ZFRZ   10312005  0436525387  ST04         R
H           05192003  3358220844  MOD UPDATE                                      C
H           09112003  1039808376  STAUP2215                                       G
H           12182003  0485023355  NOCONTACT                                       C
H           07052005  0599324848  STAUP2200                                       E
H           10142005  0485157961  NO CONTACT
Employee #6914329339 Page 004 of 005  PAGE   005
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:08:21 PM

TXMODA█████████      MFT>30  TX-PRD>199712   PLN-NUM>      NM-CTRL>TRAV    *CAU*
------------------------------SERVICE CENTER HISTORY SECTION------------------------
SC-STS    DATE       STATUS-AMOUNT     CYC
  21    06162003      91,223.26      200323
  56    07212003      91,223.26      200328
  58    08252003      91,223.26      200333
  48    09222003 NXT>505             200337 MIN-NUM-DELAY>09  BALANCE-CYC-DELAY>6
  24    11242003      91,223.26      200346
  50    07182005 NXT>505             200527 MIN-NUM-DELAY>00
  24    07182005      91,223.26      200527
------------------------------MASTER FILE HISTORY SECTION------------------------
MF-STS    DATE       STATUS-AMOUNT     CYC
  04    05251998 EXT-DT>19980815    199819
  12    06092003           0.00     200322
  21    06162003      91,223.26      200323
  56    07212003      91,223.26      200328
  58    08252003      91,223.26      200333
  24    11242003      91,223.26      200346
  24    07182005      91,223.26      200527


Employee #6914329339 Page 005 of 005  PAGE  001
```

Station Name: DLS0149001 Date: 12/14/2005 Time: 12:08:33 PM

```
TXMODA███████      MFT>30    TX-PRD>199812    PLN-NUM>       NM-CTRL>TRAV    *CAU*
                                                            BOD-CD>SB CLIENT-CD>M
83254-694-98001-3<DLN                                        ENT-CTRL
                                          MF-XTRCT-CYC>200546 SC-REASON-CD>KK
                                   71,660.93  CYC>200525 NXT>505 MAX-NUM-CYC-DLAY>09
SC-STS>48   MOD-BAL>               71,660.93  CYC>200344 TODAYS-DT>12/14/2005
MF-STS>58   MOD-BAL>         LAST-NOTICE>DAS  ARDI-CD>1   PRIMARY-LOC>9932
              LAST-NOTICE>DAS    ARDI-CD>1    PRIMARY-LOC>9932
----------------------------
ASED>03202006 FRZ>N  -ZL |             AIMS-CD>1 COLLECTION-ASGMT>32007000
CSED>04282013 INTL>Z-Z   |                      LIEN>4
RSED>04152002            |
                                                    DEFER-ACT-IND>1
CS-CTRL-INFO>ALL CS CTRL CLSD     CLSD-CTRL-CYC>200527 LST-CS-CTRL-ACTY>07062005
----------------------------POSTED RETURN INFORMATION------------------------------
RET-RCVD-DT>10232000    MO-DELQ>5    CRD>03202003
FS>3   NUM-EXEMPT>01
AGI>    144,256.00
TXI>     90,014.00   PRIM-SE-INCM>44,277
SET>     12,666
----------------------------RETURN TRANSACTION------------------------------
                                               CYC   T     DLN
       T/C   POSTED    TRANS-AMOUNT             200045 D 29210-295-26403-0   SFR
       150  11202000            0.00
```

Employee #6914329339 Page 001 of 005  PAGE  002

GOVERNMENT
EXHIBIT
4

PENGAD-Bayonne, N.J.

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:08:36 PM

TXMODA█████████    MFT>30  TX-PRD>199812   PLN-NUM>        NM-CTRL>TRAV    *CAU*
-------------------------------POSTED TRANSACTIONS SECTION----------------------
     T/C   POSTED    TRANS-AMOUNT   CYC     T      DLN
     570  11202000         0.00    200045        29210-295-26403-0
     424R 11272000         0.00    200049        91277-332-20000-0     SOURCE-CD>24
                                  PBC>000   SBC>00000  EGC>5245  PUSH-CD>021
     420  12072000         0.00    200050        29277-342-00000-0
                                  PBC>212   SBC>00000  EGC>5245
     960  01162003         0.00    200305        64277-423-01229-3       MF-CAF-CD>1
     560  04032003         0.00    200315        29277-093-77500-3       ASED>03202006
     170  04282003     1,674.00    200316        29247-500-10029-3
                                                               CSED>20130428
     160  04282003     8,300.02    200316        29247-500-10029-3
                                                               CSED>20130428
     300  04282003    36,889.00    200316        29247-500-10029-3 HOLD-CD>1
                                  CSED>20130428              PRT-CD>9
     336  04282003    15,691.43    200316        29210-295-26403-0
     276  04282003     9,037.80    200316        29210-295-26403-0
     290  05052003         0.00    200317        91254-500-18003-3
                                                       PRT-CD>5

          ADJ-RSN-CD>099-      -      -
     196  05052003        68.68    200317        91254-500-18003-3      971-CD>013
     971  03202003         0.00    200318        91277-500-00652-3
Employee #6914329339 Page 002 of 005  PAGE   003
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:08:40 PM

TXMODA████        MFT>30   TX-PRD>199812    PLN-NUM>     NM-CTRL>TRAV   *CAU*
       977  03202003              0.00  200318  G 91277-500-00652-3
       290  05192003              0.00  200319    91254-500-18004-3
                                                          PRT-CD>1

               ADJ-RSN-CD>099-      -    -        93277-596-07416-3   MF-CAF-CD>2
       962  07152003              0.00  200330    93277-596-07416-3     971-CD>013
       971  07152003              0.00  200333    29277-619-00642-3
       977  07152003              0.00  200333  G 29277-619-00642-3
       582  09052003              0.00  200338    29277-652-02302-3
                                            REGULAR LIEN
       961  09302003              0.00  200341    83277-673-00980-3
       290  11102003              0.00  200344  X 83254-694-98001-3
                                      HOLD-CD>3    PRT-CD>1
       971  09232003              0.00  200344    28277-694-03294-3     971-CD>275
       971  11012003              0.00  200346    92277-707-02039-3     971-CD>611
       914  12182003              0.00  200353    29277-756-30033-3
                                                          AGENT-ID-NUM>93045231
       914  10142005              0.00  200543    29277-691-30118-5
                                                          AGENT-ID-NUM>93033594
-----------------------NOTICE HISTORY SECTION-----------------------------
NOTICE        AMOUNT       CYC  S  AO
CP022        71,592.25   200316  M  32    SUPPRESS-CD>0
DAS          71,592.25   200316  M  32
Employee #6914329339 Page 003 of 005  PAGE   004
```

Station Name: DLS0149001 Date: 12/14/2005 Time: 12:08:43 PM

```
TXMODA████████        MFT>30  TX-PRD>199812   PLN-NUM>        NM-CTRL>TRAV    *CAU*
 CP022                71,660.93    200317 M  32    SUPPRESS-CD>0
 DAS                  71,660.93    200317 M  32
 CP503                72,189.76    200322 I  32    SUPPRESS-CD>0
 CP504                73,642.25    200344 I  32    SUPPRESS-CD>0
 DAS                  71,660.93    200352 M  32
 DAS                  71,660.93    200435 M  32
 DAS                  71,660.93    200518 M  32
---------------------CONTROL BASE AND HISTORY INFORMATION---------------------
C#   STATUS   ACT-DT    ACTION-EMP   ACTIVITY    RCVD-DT    ASSIGN-TO   CAT  ORG F S
01    C      04082003  3260322088  54-TAX-ADJ   04082003  3260322088  TPRQ        I
02    M      09182003  0479603684  6640/1017    09182003  0462791852  AUDT        G
      A      10072003  0462757686  6640/1017    09182003  0461791852  AUDT        G
      A      10172003  0461704635  FRIVPN/MF    10172003  0461704635  AUDT        G
      C      10172003  0461704635  54-TAX-ADJ   10172003  0461704635  AUDT        I
03    A      06202005  0165539437  TDANOTICE    06102005  0165100001  COLL        G
      A      06212005  0109905209  TDANOTICE    06102005  0165546292  COLL        G
      A      06212005  0165546292  TDANOTICE    06102005  0165100002  COLL        G
      A      07052005  0165649723  TDANOTICE    06102005  0165646902  COLL        G
      C      07062005  0165646902  TDANOTICE    06102005  0165646902  COLL        R
 H           04072003  3260320844  MOD UPDATE                                     C
 H           06172003  0137608835  STAUP5806                                      C
 H           06302003  0137624655  STAUP5815
Employee #6914329339 Page 004 of 005  PAGE   005
```

Station Name: DLS0149001 Date: 12/14/2005 Time: 12:08:46 PM

```
TXMODA████████        MFT>30  TX-PRD>199812    PLN-NUM>        NM-CTRL>TRAV    *CAU*
H         08052003  0469705069   1040XTO                                       G
H         08052003  0469705069   RECON                                         G
H         12182003  0485023355   NOCONTACT                                     G
H         06202005  0165539437   STAUP2209                                     C
H         10142005  0485157961   NO CONTACT                                    E
-----------------------------SERVICE CENTER HISTORY SECTION-----------------------------
SC-STS   DATE        STATUS-AMOUNT     CYC
  21    04282003        71,592.25    200316
  56    06092003        71,660.93    200322
  48    06302003 NXT>504             200325  MIN-NUM-DELAY>06
  48    07142003 NXT>504             200327  MIN-NUM-DELAY>09   BALANCE-CYC-DELAY>6
  58    11102003        71,660.93    200344
  48    07042005 NXT>505             200525  MIN-NUM-DELAY>09
-----------------------------MASTER FILE HISTORY SECTION-----------------------------
MF-STS   DATE        STATUS-AMOUNT     CYC
  21    04282003        71,592.25    200316
  21    05052003        71,660.93    200317
  56    06092003        71,660.93    200322
  21    11102003        71,660.93    200344
  58    11102003        71,660.93    200344
```

Employee #6914329339 Page 005 of 005  PAGE  001

Station Name: DLS0149001 Date: 12/14/2005 Time: 12:08:59 PM

TXMODA███████      MFT>30  TX-PRD>199912    PLN-NUM>        NM-CTRL>TRAV    *CAU*
                                                      BOD-CD>SB CLIENT-CD>M
29254-745-18025-3<DLN                                      ENT-CTRL
                                   MF-XTRCT-CYC>200546 SC-REASON-CD>KK
SC-STS>48  MOD-BAL>        63,944.67  CYC>200525 NXT>505 MAX-NUM-CYC-DLAY>09
MF-STS>21  MOD-BAL>        63,944.67  CYC>200351 TODAYS-DT>12/14/2005
             LAST-NOTICE>DAS   ARDI-CD>1   PRIMARY-LOC>9932
----------------------------                    AIMS-CD>1 COLLECTION-ASGMT>32007000
ASED>02112006 FRZ>GN  -ZL  |                           LIEN>4
CSED>04212013 INTL>Z-Z     |
RSED>04152003             | NAICS-CD>531210            DEFER-ACT-IND>1
----------------------------
CS-CTRL-INFO>ALL CS CTRL CLSD     CLSD-CTRL-CYC>200350 LST-CS-CTRL-ACTY>12092003
----------------------------POSTED RETURN INFORMATION----------------------------
RET-RCVD-DT>10232000   MO-DELQ>5    CRD>02112003
FS>3   NUM-EXEMPT>01
AGI>   136,019.00
TXI>    83,585.00  PRIM-SE-INCM>72,600
SET>    13,147
PMEI>   142,911
----------------------------RETURN TRANSACTION----------------------------
      T/C  POSTED  TRANS-AMOUNT          CYC    T        DLN
      150  11202000          0.00    200045   D  29210-295-26133-0   SFR
Employee #6914329339 Page 001 of 005  PAGE  002

GOVERNMENT
EXHIBIT
5
PENGAD-Bayonne, N.J.

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:09:03 PM

TXMODA▮▮▮▮▮▮▮▮      MFT>30   TX-PRD>199912   PLN-NUM>        NM-CTRL>TRAV    *CAU*
------------------------------POSTED TRANSACTIONS SECTION-----------------------
    T/C  POSTED    TRANS-AMOUNT   CYC    T    DLN
    570  11202000         0.00   200045     29210-295-26133-0
    424R 11272000         0.00   200049     91277-332-20000-0    SOURCE-CD>24
                       PBC>000     SBC>00000  EGC>5245  PUSH-CD>021
    420  12072000         0.00   200050     29277-342-00000-0
                       PBC>212     SBC>00000  EGC>5245        MF-CAF-CD>1
    960  01162003         0.00   200305     64277-423-01228-3   ASED>02112006
    560  02242003         0.00   200310     29277-055-77500-3
    170  04212003     1,677.00   200315     29247-491-10007-3
                                                  CSED>20130421
    160  04212003         0.00   200315     29247-491-10007-3
    300  04212003    21,764.00   200315     29247-491-10007-3 HOLD-CD>4
                            CSED>20130421              PRT-CD>9
    290  05122003         0.00   200318     91254-512-18002-3 RFSC-DT>04152003
                            HOLD-CD>2      PRT-CD>1
         ADJ-RSN-CD>099-      -     -
    962  07152003         0.00   200330     93277-596-07415-3    MF-CAF-CD>2
    971  06102003         0.00   200332     29277-612-00688-3     971-CD>013
    977  06102003         0.00   200332   G 29277-612-00688-3
    582  09052003         0.00   200338     29277-652-02301-3
                            REGULAR LIEN
Employee #6914329339 Page 002 of 005  PAGE  003
```

Station Name: DLS0149001 Date: 12/14/2005 Time: 12:09:07 PM

| TXMODA | | MFT>30 | TX-PRD>199912 | PLN-NUM> | NM-CTRL>TRAV | *CAU* |
|---|---|---|---|---|---|---|
| 961 | 09302003 | 0.00 | 200341 | 83277-673-00979-3 | | |
| 971 | 02112003 | 0.00 | 200343 | 85277-687-01011-3 | | 971-CD>013 |
| 977 | 02112003 | 0.00 | 200343 | G 85277-687-01011-3 | | |
| 270 | 11102003 | 7,505.87 | 200344 | 29247-687-10016-3 | | |
| 160 | 11102003 | 7,855.00 | 200344 | 29247-687-10016-3 | | |
| | | | | CSED>20131110 | | |
| 300 | 11102003 | 13,147.00 | 200344 | 29247-687-10016-3 HOLD-CD>1 | | |
| | | | CSED>20131110 | PRT-CD>1 | | 971-CD>275 |
| 971 | 09232003 | 0.00 | 200344 | 28277-694-03296-3 | | |
| 336 | 11102003 | 11,821.24 | 200344 | 91254-512-18002-3 | | |
| 160 | 11172003 | 0.00 | 200345 | 85254-687-18000-3 | | |
| 290 | 11172003 | 0.00 | 200345 | 85254-687-18000-3 | | |
| | | | | PRT-CD>1 | | |
| | ADJ-RSN-CD>099- | - | - | | | |
| 270 | 12292003 | 174.56 | 200351 | 29254-745-18025-3 | | |
| 290 | 12292003 | 0.00 | 200351 | X 29254-745-18025-3 | | |
| | | | HOLD-CD>3 | | | |
| | ADJ-RSN-CD>065- | - | - | | | 971-CD>611 |
| 971 | 12062003 | 0.00 | 200351 | 92277-742-00106-3 | | |
| 914 | 12182003 | 0.00 | 200353 | 29277-756-30032-3 | | |
| | | | | AGENT-ID-NUM>93045231 | | |

Employee #6914329339 Page 003 of 005   PAGE   004

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:09:09 PM

TXMODA█████████    MFT>30  TX-PRD>199912   PLN-NUM>      NM-CTRL>TRAV    *CAU*
     914   10142005          0.00  200543   29277-691-30120-5
                                                          AGENT-ID-NUM>93033594
---------------------------NOTICE HISTORY SECTION---------------------------
  NOTICE        AMOUNT          CYC  S  AO
  DAS        23,441.00       200315 M  32
  CP503      32,976.11       200320 I  32      SUPPRESS-CD>0
  CP022      63,770.11       200344 M  32      SUPPRESS-CD>0
  DAS        63,770.11       200344 M  32
  CP504      64,015.17       200349 I  32      SUPPRESS-CD>2
  DAS        63,944.67       200351 M  32
  DAS        63,944.67       200434 M  32
  DAS        63,944.67       200517 M  32
-------------------CONTROL BASE AND HISTORY INFORMATION--------------------
C#  STATUS   ACT-DT    ACTION-EMP   ACTIVITY   RCVD-DT   ASSIGN-TO   CAT  ORG F S
01    C    04182003  3260221219  54-TAX-ADJ  04182003  3260221219  TPRQ        I
02    C    10092003  3358222088  54-TAX-ADJ  10092003  3358222088  TPRQ        I
03    C    12092003  0412203083  FTP/121503  12092003  0412203083  RINT        I
H          03192003  3260218171  MOD UPDATE                                    R
H          06172003  0138423014  STAUP5809                                     C
H          07292003  0469705069  1040XTO                                       G
H          07292003  0469705069  212/1606                                      G
H          12182003  0485023355  NOCONTACT                                     G
Employee #6914329339 Page 004 of 005  PAGE  005
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:09:12 PM

TXMODA█████████  MFT>30  TX-PRD>199912    PLN-NUM>      NM-CTRL>TRAV    *CAU*
H            06212005  0165546292  STAUP2209                              C
H            10142005  0485157961  NO CONTACT                            E
------------------------SERVICE CENTER HISTORY SECTION------------------------
SC-STS   DATE        STATUS-AMOUNT      CYC
  21    04212003        23,441.00     200315
  56    05262003        23,441.00     200320
  48    06302003 NXT>504             200325 MIN-NUM-DELAY>09
  58    12152003        63,770.11     200349
  48    07042005 NXT>505             200525 MIN-NUM-DELAY>09
------------------------MASTER FILE HISTORY SECTION------------------------
MF-STS   DATE        STATUS-AMOUNT      CYC
  21    04212003        23,441.00     200315
  56    05262003        23,441.00     200320
  21    11102003        63,770.11     200344
  58    12152003        63,770.11     200349
  21    12292003        63,944.67     200351


Employee #6914329339 Page 005 of 005  PAGE  001
```

Station Name: DLS0149001 Date: 12/14/2005 Time: 12:09:23 PM

```
TXMODA████████     MFT>30   TX-PRD>200012    PLN-NUM>        NM-CTRL>TRAV    *CAU*
09221-079-24531-3<DLN                                       BOD-CD>SB CLIENT-CD>M
                                                      ENT-CTRL
                                       MF-XTRCT-CYC>200546 SC-REASON-CD>KK

SC-STS>24  MOD-BAL>        266,329.10  CYC>200527
MF-STS>24  MOD-BAL>        266,329.10  CYC>200527 TODAYS-DT>12/14/2005
             LAST-NOTICE>DAY   ARDI-CD>2   PRIMARY-LOC>9932
--------------------------
ASED>02262006 FRZ>T  -ZL  |        AIMS-CD>1 COLLECTION-ASGMT>32007000
CSED>04142013 INTL>Z-Z    |              LIEN>4   MOD-YLD-SCOR>93987
RSED>04152004             | NAICS-CD>531210
--------------------------
                                DPIN>P00105708

CS-CTRL-INFO>NO CASE CONTROLS
```

Employee #6914329339 Page 001 of 006  PAGE   002

GOVERNMENT EXHIBIT

6

PENGAD-Bayonne, N.J.

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:09:26 PM

TXMODA███████████    MFT>30  TX-PRD>200012  PLN-NUM>        NM-CTRL>TRAV    *CAU*
-----------------------------POSTED RETURN INFORMATION-----------------------------
RET-RCVD-DT>02262003    MO-DELQ>5                TX/TPR>         176,112.00
FS>3   NUM-EXEMPT>01                   MF-P>1     PTIN>P00105708
AGI>    459,177.00                     EST-TX-BASE>      176,112.00
TXI>    423,807.00    PRIM-SE-INCM>76,200
SET>  21,950
PMEI>     431,068
-----------------------------RETURN TRANSACTION-----------------------------
    T/C  POSTED    TRANS-AMOUNT        CYC    T      DLN
    150  04142003        176,112.00    200314     09221-079-24531-3
-----------------------------POSTED TRANSACTIONS SECTION-----------------------------
    T/C  POSTED    TRANS-AMOUNT    CYC     T     DLN
    960  01162003        0.00    200305     64277-423-01222-3    MF-CAF-CD>1
    424R 03102003        0.00    200312     29277-069-20000-3    SOURCE-CD>44
                    PBC>212    SBC>52000  EGC>1606  PUSH-CD>020
    170  04142003        9,472.00    200314     09221-079-24531-3
                                                        CSED>20130414
    166  04142003        39,625.20    200314     09221-079-24531-3
                                                        CSED>20130414
    276  04142003        21,133.44    200314     09221-079-24531-3
    196  04142003        29,013.88    200314     09221-079-24531-3

Employee #6914329339 Page 002 of 006  PAGE   003
```

Station Name: DLS0149001 Date: 12/14/2005 Time: 12:09:29 PM

```
TXMODA          MFT>30    TX-PRD>200012   PLN-NUM>      NM-CTRL>TRAV    *CAU*
    420  04032003          0.00   200315     29277-093-00000-3
                                  PBC>212    SBC>52000  EGC>1606            971-CD>010
    971  06022003          0.00   200328     89277-581-04542-3
    977  06022003          0.00   200328  G 89277-581-04542-3          MF-CAF-CD>2
    962  07152003          0.00   200330     93277-596-07413-3
    291  08112003   176,112.00-   200331     89254-603-05514-3
                                                 PRT-CD>1
           ADJ-RSN-CD>076-075-      -   AMD-CLMS-DT>06022003 CORRESP-DT>05282003
    167  08112003     39,625.20-   200331     09221-079-24531-3
    277  08112003     21,133.44-   200331     09221-079-24531-3
    197  08112003     28,858.22-   200331     09221-079-24531-3
    582  09052003          0.00    200338     29277-652-02299-3
                                  REGULAR LIEN
    670  09032003          0.00    200338     29218-653-00651-3
           DESG-PYMT-CD>99
    360  09292003         50.00    200338     29218-653-00651-3
                                              DESG-PYMT-CD>99
    961  09302003          0.00    200341     83277-673-00978-3
    170  11032003          0.00    200343     89254-688-05242-3
```

Employee #6914329339 Page 003 of 006  PAGE   004

Station Name: DLS0149001 Date: 12/14/2005 Time: 12:09:32 PM

```
TXMODA                MFT>30  TX-PRD>200012    PLN-NUM>        NM-CTRL>TRAV    *CAU*
     290  11032003        176,112.00  200343   89254-688-05242-3
                                                            PRT-CD>1
            ADJ-RSN-CD>075-076-    -  AMD-CLMS-DT>06022003 CORRESP-DT>05282003
                 CSED>20131103                                    971-CD>611
     971  10112003             0.00  200343   92277-687-04808-3
     166  11032003         44,028.00 200343   09221-079-24531-3
                                                            CSED>20131103

     196  11032003         36,511.44 200343   09221-079-24531-3
     971  09232003             0.00  200344   28277-694-03298-3    971-CD>275
     914  12182003             0.00  200353   29277-756-30031-3
                                                       AGENT-ID-NUM>93045231

     914  10142005             0.00  200543   29277-691-30119-5
                                                       AGENT-ID-NUM>93033594
```

```
---------------------------NOTICE HISTORY SECTION---------------------------
NOTICE       AMOUNT          CYC   S  AO
CP014       275,356.52      200314  M  32    SUPPRESS-CD>0
DAS         275,356.52      200314  M  32
CP503       278,440.93      200319  I  32    SUPPRESS-CD>0
CP022         9,627.66      200331  M  32    SUPPRESS-CD>0
CP503         9,673.93      200336  I  32    SUPPRESS-CD>0
CP504         9,765.21      200341  I  32    SUPPRESS-CD>0
CP022       266,329.10      200343  M  32    SUPPRESS-CD>0
Employee #6914329339 Page 004 of 006   PAGE   005
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:09:35 PM

TXMODA█████████     MFT>30  TX-PRD>200012   PLN-NUM>      NM-CTRL>TRAV    *CAU*
  DAS              266,329.10   200343 M  32
  DAS              270,874.78   200348 I  32    SCND-TDA-SEL>A
  DAY              324,194.48   200527 I  32
------------------CONTROL BASE AND HISTORY INFORMATION--------------------
                                                                         S
C#  STATUS   ACT-DT   ACTION-EMP    ACTIVITY   RCVD-DT  ASSIGN-TO  CAT ORG F S
                                                                         C
  H          06032003  0139522128  STAUP5815                           C
  H          07162003  1620341358  STAUP5606                           G
  H          12182003  0485023355  NOCONTACT                           C
  H          07052005  0599324848  STAUP2200                           E
  H          10142005  0485157961  NO CONTACT
------------------------SERVICE CENTER HISTORY SECTION--------------------
SC-STS   DATE        STATUS-AMOUNT      CYC
  21    04142003      275,356.52     200314
  56    05192003      275,356.52     200319
  48    06162003 NXT>504             200323  MIN-NUM-DELAY>09   BALANCE-CYC-DELAY>6
  48    07282003 NXT>503             200329  MIN-NUM-DELAY>06
  56    09152003        9,627.66     200336
  58    10202003        9,677.66     200341
  24    12082003      266,329.10     200348
  50    07182005 NXT>505             200527  MIN-NUM-DELAY>00
  24    07182005      266,329.10     200527

Employee #6914329339 Page 005 of 006  PAGE  006
```

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 12:09:38 PM

TXMOD█████████    MFT>30  TX-PRD>200012    PLN-NUM>       NM-CTRL>TRAV    *CAU*
------------------------------MASTER FILE HISTORY SECTION------------------------
MF-STS   DATE      STATUS-AMOUNT      CYC
   21   04142003     275,356.52     200314
   56   05192003     275,356.52     200319
   21   08112003       9,627.66     200331
   56   09152003       9,627.66     200336
   58   10202003       9,677.66     200341
   21   11032003     266,329.10     200343
   24   12082003     266,329.10     200348
   24   07182005     266,329.10     200527
```

Employee #6914329339 Page 006 of 006  PAGE   001