IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRUCE R. TRAVIS and          )
ELISE S. TRAVIS              )
                             )
          Plaintiffs,        )
                             )
     v.                      )          Civil No. 05-1867 (RCL)
                             )
UNITED STATES,               )
                             )
          Defendant.         )

## ORDER

Having considered the UNITED STATES' MOTION TO DISMISS, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED; and it is further

ORDERED that this action be, and is, DISMISSED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____day of _____200_____.


_____
UNITED STATES DISTRICT JUDGE


1472902.1

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Bruce R. Travis
Elise S. Travis
214 Heleuma Place
Wailea Maui, Hawaii 96753