UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BRUCE R. TRAVIS,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1867 (RCL) |
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Having considered the United States' Motion [5] to Dismiss, the supporting memorandum of points and authorities, the lack of opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion [5] is GRANTED; and it is further

ORDERED that this action be, and is, DISMISSED; and it is further

ORDERED that the Clerk shall distribute copies of this Order to the persons listed below.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 7, 2006.

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

Bruce R. Travis
Elise S. Travis
214 Heleuma Place
Wailea Maui, Hawaii 96753